# EXHIBIT D

# EXHIBIT D



# Lennon B. Haas

ASSOCIATE

haasl@gtlaw.com

ATLANTA
D +1 678.553.2127
T +1 678.553.2100

Lennon B. Haas represents public and private companies in complex commercial litigation and business disputes in state and federal court. He has experience representing clients facing a diverse array of litigation matters, including business interference torts, fraud, and highly complex contract disputes involving patents, merger and asset purchase agreements, and healthcare IT services. He also has experience litigating employment disputes, False Claims Act cases, and constitutional torts.

Lennon has represented mortgage servicing companies, title lenders, and other financial services firms facing Truth in Lending, Fair Debt Collection, Fair Credit Reporting, and RESPA claims in federal court. He also provides regulatory advice for financial services firms being investigated by the Consumer Financial Protection Bureau (CFPB).

## Concentrations

- Complex commercial litigation
- Contract disputes and business torts
- Federal court litigation
- Constitutional claims

## Capabilities

Litigation  |  Appellate

## Recognition & Leadership

### Awards & Accolades

- Team Member, *The American Lawyer's* "Regional Litigation Department of the Year - Georgia," 2018

**Professional & Community Involvement**

- Member, American Bar Association
- Member, Federal Bar Association
- Barrister, Lumpkin Inn of Court

# Credentials

## Education

- J.D., *magna cum laude*, University of Georgia School of Law, 2012
  - Order of the Coif
  - Managing Board, Notes Editor, *Georgia Journal of International and Comparative Law*
- B.A., Anthropology, University of Georgia, 2009

## Admissions

- Georgia

## Clerkships

- Hon. Steve C. Jones, District Judge, U.S. District Court for the Northern District of Georgia, 2016-2017
- Hon. G.R. Smith, Magistrate Judge, U.S. District Court for the Southern District of Georgia, 2015-2016
- Hon. B. Avant Edenfield, Senior District Judge, U.S. District Court for the Southern District of Georgia, 2012-2013